# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA LEE ROBERTS,
Appellant,

vs.

THE STATE OF NEVADA; AND LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
Respondents.

No. 76103

FILED

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court "order granting in part and denying in part defendant's motion for return of seized property and other relief (NRS 179.085)." Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-24908

cc: Joshua Lee Roberts
Attorney General/Carson City
Liesl K. Freedman
Matthew J. Christian
Clark County District Attorney
Eighth District Court Clerk